IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    Plaintiff,

-v-                                                        18-MC-11-6

$226,050.00 United States Currency

    Defendant.

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, and Brian M. Melber, Esq., attorney for Paul T. Biddle, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture is extended from March 28, 2018 to May 28, 2018, upon the Court's approval.

The parties to this Stipulation further agree that Paul T. Biddle may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named properties, and in that event, the government shall then have thirty (30) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

DATED:   Buffalo, New York, March 14, 2018

 

Dated: 3/19/18

BY: *Mary Clare Kane*

JAMES P. KENNEDY, JR.
United States Attorney

MARY CLARE KANE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5700 -Phone
mary.kane@usdoj.gov

Dated: 3/14/2018

BRIAN M. MELBER, Esq.
PERSONIUS, MELBER, LLP
2100 Main Place Tower
350 Main Street
Buffalo, NY 14202
716-855-1050-Phone
bmm@personiusmelber.com